NO. 06-14-00086-CR

| | | |
|---|---|---|
| MARK ANTHONY YOUNG, PETITIONER | § | IN THE COURT OF |
| | § | CRIMINAL APPEALS RECEIVED IN COURT OF CRIMINAL APPEALS |
| V. | § | OF TEXAS |
| THE STATE OF TEXAS, RESPONDENT | § | OCT 29 2015 |
| | § | Abel Acosta, Clerk |

APPEAL FROM ANDERS BRIEF

**FILED IN**
**COURT OF CRIMINAL APPEALS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION REQUESTING THE CLERK TO** OCT 29 2015
**SUSPEND RULE 9.3(b) OF**
**T.R.A.P.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Abel Acosta, Clerk\*

COMES NOW, MARK ANTHONY YOUNG, pro se and informapauperis, in the above styled and numbered cause and respectfully moves this Court to grant leave to file an original copy of the Petition for Discretionary Review, by Suspending Rule 9.3(b) of the Texas Rules of Appellate Proceedure. In support thereof Petitioner would show the following:

1. The Texas Rules of Appellate Procedure requires the filling of (11) copies of the Petition for Discretionary Review with this Court.

2. The Petitioner is incarcerated in the Texas Department of Criminal Justice at the Michael Unit, in Tennessee Colony, Texas. He is Indigent and does not have acces to a copier inwhich to make the (11) copies required by this Court. Petitioner intends to file a pro se PDR with this Court.

WHEREFORE, PREMISES CONSIDERED, the Petitioner respectfully requests this Court to grant this Motion to suspend Rule 9.3(b).

RESPECTFULLY SUBMITTED,

_Mark a young_

MARK ANTHONY YOUNG 1929961
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY,TX. 75886

PRO SE

## SERTIEFICATE OF SERVICE

The petitioner hereby certifies that a copy of the foregoing document was filed upon the District Attoney's office of Hunt County on this date.

EXECUTED ON October , 21 ,2015.

## UNSWORN DECLARATION OF INMATE

I,MARK ANTHONY YOUNG,#1929961,currently incarcerated in the Texas Department of Criminal Justice at the Michael Unit,in Tenneess Colony,Texas,do solemnly swear under the penalties of Perjury that the foregoing Motion to Suspend: Rule 9.3(b), is true and correct ot the best of my knowledge. I further state that the enclosed incormation is true and correct.

EXECUTED ON THIS 21 day of October , 2015 .

_Mark A young_

MARK ANTHONY YOUNG

PRO SE Petitioner